No. 82–1002.   CARNATION CO. *v.* NEW YORK STATE DIVISION OF HUMAN RIGHTS.   App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied.

No. 82–1003.   SWANGER, EXECUTRIX OF THE ESTATE OF SWANGER *v.* MUTUAL LIFE INSURANCE COMPANY OF NEW YORK.   C. A. 6th Cir.   Certiorari denied.

No. 82–1011.   FLEMING *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 82–1012.   GULDEN ET AL. *v.* MCCORKLE ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 82–1013.   BROOKLIER ET AL. *v.* UNITED STATES;
No. 82–1014.   DRAGNA *v.* UNITED STATES;
No. 82–5824.   LOCICERO *v.* UNITED STATES; and
No. 82–5988.   RIZZITELLO *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Reported below: 685 F. 2d 1208.

No. 82–1018.   SHUFFMAN, EXECUTRIX OF THE ESTATE OF SHUFFMAN *v.* HARTFORD TEXTILE CORP. ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 82–1030.   CAMPBELL *v.* WASHINGTON STATE BAR ASSN.   C. A. 9th Cir.   Certiorari denied.

No. 82–1034.   CIRILLO ET AL. *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 82–1036.   CHRISTOFFERSON *v.* CHURCH OF SCIENTOLOGY MISSION OF DAVIS ET AL.   Ct. App. Ore.   Certiorari denied.